want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1363. WANGRUD v. OREGON. Appeal from Ct. App. Ore. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1403. KONIG v. PICKING. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–6427. STEVENSON v. DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS. Appeal from Int. Ct. App. Haw. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1370. AUTOMATIC MUSIC & VENDING CORP. ET AL. v. MICHIGAN LIQUOR CONTROL COMMISSION. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question.

No. 86–1396. BATY v. OREGON. Appeal from Ct. App. Ore. dismissed for want of substantial federal question.

No. 86–6008. JAMES v. IOWA. Appeal from Sup. Ct. Iowa dismissed for want of properly presented federal question.

No. 85–1839. GALLON v. LEVIN METALS CORP. ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of West v. Conrail, ante, p. 35.

No. 86–1207. IMMIGRATION AND NATURALIZATION SERVICE ET AL. v. NATIONAL CENTER FOR IMMIGRANTS' RIGHTS ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Immigration Re-

form and Control Act of 1986, Pub. L. 99–603.